UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER TOMAS GASPAR & LETICIA MONTENEGRO PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSON, Secretary, Department of Homeland Security, CYNTHIA MUNITA, Field Director, Seattle WA, U.S. Citizenship and Immigration Services (USCIS),<br><br>Defendants. | Case No. C18-437 RSM<br><br>STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE |

## **JOINT STIPULATION**

The parties stipulate and agree that this matter may be dismissed without prejudice and without costs or fees to either party. The parties further agree that:

- USCIS will find the evidence sufficient to establish reliance on *Perez Gonzalez* for the purposes of inadmissibility under INA 212(a)(9)(C)(i)(II) and reopen the I-485s and I-212s for further adjudication;

- USCIS will complete the adjustment adjudications as requested and issue the decisions within 120 days from the date of this order.

Stipulated and Order
to Dismiss Without Prejudice
2:18-cv-437-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- USCIS will issue a Notice to Appear ("NTA") in the case that an application is denied.

Dated this 30th day of May, 2018.

Law Offices of Bart Klein

 s/ Bart Klein
BART KLEIN, WSBA No. 10909
Law Offices of Bart Klein
605 First Avenue South, Suite 500
Seattle, Washington 98104
Phone: 206-624-3787
Email: bart.klein@bartklein.com

Attorney for Plaintiff

Dated this 30th day of May, 2018.

ANNETTE L. HAYES
United States Attorney

 s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA No. 29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: sarah.morehead@usdoj.gov

Attorney for Defendants

Stipulated and Order
to Dismiss Without Prejudice
2:18-cv-437-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties having so stipulated, IT IS SO ORDERED that this case is dismissed without prejudice and without costs or fees to either party.

Dated this 6th day of June 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated and Order
to Dismiss Without Prejudice
2:18-cv-437-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970